Form 3015-1 - Chapter 13 Plan

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA FOURTH DIVISION**

| | |
|---|---|
| In re:<br>AARON A SMITH<br>MELAKA P SMITH | **MODIFIED**<br>**CHAPTER 13 PLAN**<br><br>Dated: April 3, 2014 |
| DEBTOR<br>*In a joint case,*<br>*debtor means debtors in this plan.* | Case No. 14-40376 |

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE** —
    a. As of the date of this plan, the debtor has paid the trustee $ 0.00 .
    b. After the date of this plan, the debtor will pay the trustee $ 450.00  per Month for 55 months, beginning February 2014 for a total of $ 24,750.00 . The minimum plan payment length is  X  36 or __ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
    c. The debtor will also pay the trustee __
    d. The debtor will pay the trustee a total of $ 24,750.00  [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ 2,475.00 , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

    | | *Creditor* | *Monthly Payment* | *Number of Months* | *Total Payments* |
    |---|---|---|---|---|
    | a. | SANTANDER | $ 140.00 | 4 | $ 560.00 |
    | a. | TOTAL | | | $ 560.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

    | *Creditor* | *Description of Property* |
    |---|---|
    | -NONE- | |

5. **CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

    | *Creditor* | *Description of Property* |
    |---|---|
    | -NONE- | |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

    | | *Creditor* | *Amount of Default* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
    |---|---|---|---|---|---|---|
    | | -NONE- | $ | $ | | | $ |
    | a. | TOTAL | | | | | $ 0.00 |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

    | | *Creditor* | *Amount of Default* | *Int. rate (if applicable)* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
    |---|---|---|---|---|---|---|---|
    | | -NONE- | $ | | $ | | | $ |
    | a. | TOTAL | | | | | | $ 0.00 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

|   | Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) | x (No. of Pmnts) | = Pmnts on Account of Claim | + (Adq. Prot. from ¶ 3) | = TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| a. | SANTANDER | $ 17,317.00 | $ 12,225.00 | 5 | 5 | $ 305.00 | 44 | $ 13,404.00 | $ 560.00 | $ 13,964.00 |
| b. | TOTAL |   |   |   |   |   |   |   |   | $ 13,964.00 |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. ***The amounts listed are estimates.*** The trustee will pay the amounts actually allowed.

|   | Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | Attorney Fees | $ 2,499.00 | $ 265 / 100 | 1 / 5 | 4 / 15 | $ 2,499.00 |
| b. | Domestic Support | $ | $ |   |   | $ |
| c. | Internal Revenue Service | $ 2,486.00 | $ pro rata |   |   | $ 2,486.00 |
| d. | Minn Dept of Revenue | $ 2,877.00 | $ pro rata |   |   | $ 2,877.00 |
| e. | TOTAL |   |   |   |   | $ 7,862.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:   -NONE-
    The trustee will pay the allowed claims of the following creditors. ***All entries below are estimates.***

|   | Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
|   | -NONE- |   |   |   |   |   | $ |
| a. | TOTAL |   |   |   |   |   | $ 0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ 449.00   [line 1(d) minus lines 2, 6(a), 7(a), 8(c), 9(e) and 10(a)].

    a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ 5,092.00 .

    b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ 59,529.00 .

    c. Total estimated unsecured claims are $ 64,621.00   [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under  ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS**  — The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

    CAPITAL ONE/YAMAHA - The debtor will surrender the 2012 Yamaha YZF-R6 motorcycle to the Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.

14. **SUMMARY OF PAYMENTS** —

| | |
|---|---|
| Trustee's Fee [Line 2] | $ 2,475.00 |
| Home Mortgage Defaults [Line 6(a)] | $ 0.00 |
| Claims in Default [Line 7(a)] | $ 0.00 |
| Other Secured Claims [Line 8(c)] | $ 13,964.00 |
| Priority Claims [Line 9(e)] | $ 7,862.00 |
| Separate Classes [Line 10(a)] | $ 0.00 |
| Unsecured Creditors [Line 11] | $ 449.00 |
| **TOTAL [must equal Line 1(d)]** | $ 24,750.00 |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
Robert J. Hoglund 210997
Hoglund, Chwialkowski & Mrozik P.L.L.C
1781 West County Road B
PO Box 130938
Roseville, MN 55113
(651) 628-9929
210997

Signed   /s/ AARON A SMITH
AARON A SMITH
DEBTOR

Signed   /s/ MELAKA P SMITH
MELAKA P SMITH
DEBTOR (if joint case)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Bkry Case No: 14-40376

Aaron A. Smith  Chapter 13

and

Melaka P. Smith

      Debtor(s).

**NOTICE OF FILING MODIFIED CHAPTER 13 PLAN PRIOR TO CONFIRMATION**

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that the debtor(s), pursuant to Local Rule 3015-2(a) have filed the attached modified the Chapter 13 Plan. The Hearing on Confirmation of the Modified Plan is scheduled for May 1, 2014 at 10:30 a.m. in United States Bankruptcy Court, Courtroom 7 West, Seventh Floor, 300 South 4th Street, Minneapolis, Minnesota.

Any objection to this Modified Plan must be served by delivery not later than 24 hours prior to the time and date set for the confirmation hearing or mailed not later than three days prior to the date set for the confirmation hearing.

Dated: April 18, 2014

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ ***Robert J. Hoglund***

| | |
|---|---|
| Robert J. Hoglund | #210997 |
| Keith Chwialkowski | #210134 |
| Marie F. Martin | #287040 |
| Jeffrey J. Bursell | #293362 |
| Kristen M. Whelchel | #339866 |

Attorney for Debtor(s)
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bkry Case No: 14-40376 |
| Aaron A. Smith | Chapter 13 |
| and | |
| Melaka P. Smith | **UNSWORN CERTIFICATE** |
| Debtor(s). | **OF SERVICE** |

I, Sarah M. Anderson, employed by Hoglund, Chwialkowski & Mrozik, PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on April 18, 2014, I served the Modified Chapter 13 Plan and Notice of Filing Modified Plan Prior to Confirmation to each of the entities named below by first class mail postage prepaid and to any entities who are Filing Users by automatic e-mail notification pursuant to the Electronic Case Filing System:

Aaron A. Smith
Melaka P. Smith
8357 Newton Ave N
Brooklyn Park, MN 55444

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 18, 2014

Signed: /e/ Sarah M. Anderson
            Paralegal

| | | |
|---|---|---|
| ACE CASH EXPRESS<br>6219 BROOKLYN BLVD<br>BROOKLYN CENTER MN 55429 | ALLIED INTERSTATE<br>PO BOX 5023<br>NEW YORK NY 10163-5032 | ALLINA HEALTH<br>PO BOX 77008<br>MINNEAPOLIS MN 55480 |
| AMERICAN ACCOUNTS & ADVISERS INC<br>7460 80TH ST S<br>COTTAGE GROVE MN 55016 | APELLES<br>PO BOX 1197<br>WESTERVILLE OH 43086-1197 | ARMY & AIRFORCE EXCHANGE SERVICE<br>ATTN FA-E/COLLECTIONS<br>PO BOX 66056<br>DALLAS TX 75265-0056 |
| ARMY AIRFORCE EXCHANGE<br>3911 S WALTON WALKER BLVD<br>DALLAS TX 75236-1509 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CAPITAL ONE BANK<br>PO BOX 85133<br>RICHMOND VA 23285-5133 |
| CAPITAL ONE/YAMAHA<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CBE GROUP INC<br>1309 TECHNOLOGY PKWY<br>CEDAR FALLS IA 50613 | COLLECTION RESOURCES<br>PO BOX 2270<br>2700 1ST ST N STE 303<br>SAINT CLOUD MN 56302-2270 |
| COMCAST<br>10 RIVER PARK PLZ<br>SAINT PAUL MN 55107-1219 | COMCAST CABLE<br>PO BOX 3002<br>SOUTHEASTERN PA 19398-3002 | CREDIT COLLECTION SERVICES<br>2 WELLS AVENUE<br>NEWTON MA 02459 |
| DIRECTV<br>PO BOX 78626<br>PHOENIX AZ 85062-8626 | DIRECTV INC<br>PO BOX 78626<br>PHOENIX AZ 85062-8626 | EMERGENCY PHYSICIANS<br>56001 W 80TH ST SUITE 300<br>MINNEAPOLIS MN 55437 |
| EMERGENCY PHYSICIANS PA<br>5435 FELTL RD<br>MINNETONKA MN 55343 | ENHANCED RECOVERY CO LLC<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | FIRST NATIONAL COLLECTION BUREAU<br>610 WALTHAM WAY<br>SPARKS NV 89434 |
| FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 | HEALTH PARTNERS<br>PO BOX 77026<br>MINNEAPOLIS MN 55480-7026 | HEALTH PARTNERS<br>PO BOX 1450 NW 7293<br>MINNEAPOLIS MN 55485-7293 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | INTEGRITY SOLUTION SVCS<br>7825 WASHINGTON AVE S STE 200<br>MINNEAPOLIS MN 55439 | INTERNAL REVENUE SERVICE<br>PO BOX 621501<br>ATLANTA GA 30362-1501 |
| JC CHRISTENSEN & ASSOCIATES INC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 | MERCY HOSPITAL<br>PO BOX 1391<br>MINNEAPOLIS MN 55480-1391 | METROPOLITAN HEART AND VAC INSTITUTE<br>4040 COON RAPIDS BLVD NW<br>MINNEAPOLIS MN 55433 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 60548<br>LOS ANGELES CA 90060-0548 | MIDLAND FUNDING LLC<br>16 MCLELAND RD STE 101<br>SAINT CLOUD MN 56303 | MN DEPARTMENT OF REVENUE<br>PO BOX 64054<br>SAINT PAUL MN 55164-0054 |

| | | |
|---|---|---|
| MONARCH RECOVERY MANAGEMENT<br>PO BOX 21089<br>PHILADELPHIA PA 19114-1089 | NORTH MEMORIAL HEALTHCARE<br>PO BOX 1640<br>MINNEAPOLIS MN 55480-1640 | PARK NICOLLET<br>PO BOX 9158<br>MINNEAPOLIS MN 55480 |
| PARK NICOLLET<br>PO BOX 9158<br>MINNEAPOLIS MN 55480-9158 | PARK NICOLLET CLINIC<br>PO BOX 9104<br>MINNEAPOLIS MN 55480-9104 | PARK NICOLLET HEALTH SERVICES<br>3800 PARK NICOLLET BLVD<br>SAINT LOUIS PARK MN 55416 |
| PIONEER SERVICES<br>PO BOX 10487<br>KANSAS CITY MO 64171-0487 | PIONEER/MAC INC<br>4000 S EASTERN AVE STE 300<br>LAS VEGAS NV 89119-0826 | PREMIER BANK CARD LLC<br>301 CENTRAL AVE<br>OSSEO MN 55369 |
| PROGRESSIVE<br>DEPT 0561<br>CAROL STREAM IL 60132-0561 | RASHEENA HARRIS<br>3733 PENN AVE N<br>MINNEAPOLIS MN 55412 | RELIANCE RECOVERY<br>PO BOX 29227<br>MINNEAPOLIS MN 55429-9227 |
| ROTO ROOTER SERVICES<br>JNR ADJUSTMENTS<br>PO BOX 27070<br>MINNEAPOLIS MN 55427-7070 | SANTANDER<br>PO BOX 660633<br>DALLAS TX 75266-0633 | SANTANDER CONSUMER<br>8585 N STEMMONS FWY STE 1100<br>DALLAS TX 75247 |
| SOUTHWEST CREDIT<br>PO BOX 142589<br>AUSTIN TX 78714-2589 | SPRINT<br>PO BOX 530503<br>ATLANTA GA 30353-0503 | TMOBILE<br>PO BOX 53410<br>BELLEVUE WA 98015-3410 |
| TMOBILE<br>PO BOX 37380<br>ALBUQUERQUE NM 87176-7380 | US BANK<br>CAPITAL MANAGEMENT SERVICES LP<br>698 1/2 S OGDEN ST<br>BUFFALO NY 14206-2317 | USA DISCOUNTERS<br>3320 HOLLAND RD<br>VIRGINIA BEACH VA 23452 |
| VETERANS ADMIN<br>PO BOX 1930<br>SAINT PAUL MN 55101-1930 | MN Dept of Revenue<br>Bankruptcy Section<br>PO Box 64447<br>St. Paul, MN 55164-0447 | Qwest Corporation DBA Centurylink<br>Centurylink Bankruptcy<br>700 W Mineral Ave, Arizona Room<br>Littleton, CO 80120 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | US Bank N.A.<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Pioneer Military Lending<br>Bky Dept<br>4700 Belleview Ste 300<br>Kansas City, MO 64112 | Santander Consumer USA<br>PO Box 560284<br>Dallas, TX 75356-0284 | Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| Premier Bankcard / Charter<br>PO Box 2208<br>Vacaville, CA 95696 | | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

Bankruptcy Case Number: 14-40376

In re:

Aaron A. Smith,

and

Melaka P. Smith,          Debtor(s).

**SIGNATURE DECLARATION**

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
( ) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
(X) MODIFIED CHAPTER 13 PLAN/MOTION FOR HEARING
( ) OTHER:
(X) **VERIFICATION:** I (we), Aaron A. Smith and Melaka P. Smith debtor(s) named in the attached documents, declare under penalty of perjury that the foregoing is true and correct.

I[We] Aaron A. Smith and Melaka P. Smith, the undersigned debtor(s) or authorized individual, *hereby declare under penalty of perjury* that the information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct. I consent to my attorney electronically filing my petition, a scanned image of this declaration, statements, and schedules, amendments, and/or chapter 13 plan, as indicated above, with the United States Bankruptcy Court. I understand that a scanned image of this declaration is to be converted to PDF, and either inserted as the last page in the electronic submission or electronically submitted within five days after the above-named document have been electronically submitted.

[ ] [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

[ ] [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in the petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Date: 4/9/14

_____
Signature of Debtor or Authorized Individual
**Aaron A. Smith**
Printed Name of Debtor or Authorized Individual

_____
Signature of Joint Debtor
**Melaka P. Smith**
Printed Name of Joint Debtor

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ *Robert J. Hoglund*
Robert J. Hoglund      #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

signdecj